# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Latonya Wrenn,<br><br>    Plaintiff,<br>v.<br><br>Greystone Alliance, LLC,<br><br>    Defendant. | Civil Action No.: 1:13-cv-00038-EGS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 22, 2013

        Respectfully submitted,

        PLAINTIFF, Latonya Wrenn

          /s/Jody B. Burton

        Jody B. Burton, Esq.
        Lemberg & Associates L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/Jody B. Burton
                                                     Jody B. Burton, Esq.